IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BASIL BROOKS, | : | |
| Petitioner, | : | |
| v. | : | |
| ROBERT GILMORE, | : | CIVIL ACTION |
| Superintendent, SCI-Greene, and | : | No. 15-5659 |
| PENNSYLVANIA DEPARTMENT OF | : | |
| CORRECTIONS, | : | |
| Respondents. | : | |

MCHUGH, J.                                                                   AUGUST 11, 2017

## ORDER

This 11th day of August, 2017, upon careful and independent consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of the Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **ADOPTED** as to all claims except the claim of ineffectiveness for failure to object to the trial court's reasonable doubt instruction.

2. The Petition for Writ of Habeas Corpus is **GRANTED** as to the reasonable doubt claim. Petitioner must be retried within 180 days or released.

3. Petitioner's remaining claims are **DENIED**.

4. A certificate of appealability is **DENIED** on Petitioner's remaining claims.

                                                                                      /s/ Gerald Austin McHugh
                                                                                       United States District Judge